UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-22987-CIV-WILLIAMS

VENIT BAPTISTE, for minor child D.D.,

    Plaintiff,

v.

VICTORIA BOURLAND and
OLYMPIA HEIGHTS ELEMENTARY,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris McAliley's Report and Recommendation (DE 7). In the Report, Magistrate Judge McAliley recommends dismissing the Complaint for lack of subject matter jurisdiction. Plaintiff filed no objections to the Report, and the time to do so has passed.

Having reviewed the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 7) is **AFFIRMED AND ADOPTED**.
2. This case is **DISMISSED WITHOUT PREJUDICE**.
3. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>27th</u> day of October, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC: Venit Baptiste
10335 SW 40th Street #310
Miami, FL 33165
PRO SE